1213. BROXTON, HAZLEHURST & SAVANNAH RAILROAD COMPANY
*et al. v.* ROOKS.

POWELL, J. The evidence authorized the verdict. None of the errors as-signed as to the charge of the court are meritorious. No reason appears for granting a new trial.    *Judgment affirmed.*

Action for damages, from city court of Fitzgerald—Judge Jay. April 22, 1908.

Argued July 16,—Decided November 10, 1908.

*Rosser & Brandon, McDonald & Quincey*, for plaintiffs in error. *F. G. Boatright, B. J. Reid*, contra.